# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EUGENE PRITCHARD, III, #317998, ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 19-0042-CG-B |
| STATE OF ALABAMA, et al., ) ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(2)(R) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 30th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE