# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EUGENE PRITCHARD, III, #317998, | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | ) CIVIL ACTION NO. 19-0042-CG-B<br>) |
| STATE OF ALABAMA, et al., | )<br>) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice to allow Pritchard to pursue and exhaust available state remedies. The Court finds that Pritchard is not entitled to a certificate of appealability and is not entitled to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 30th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE